Walter G. Manon, formerly trading as Manon & Woolard, appellee, v. Arthur Ross and Martha Ross, appellants. Gen. No. 33,919.

Opinion filed March 17, 1930.

F. D. Shobe, for appellants. Loucks, Eckert & Peterson, for appellee; C. Floyd White, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Dan Dever and Gertrude Y. Dever, defendants in error, v. Inter-State Investment Company et al., defendants. A. L. Salzman, plaintiff in error. Gen. No. 33,931.

Opinion filed March 17, 1930. Rehearing denied and opinion slightly modified March 31, 1930.

Lewis F. Jacobson, Roy C. Merrick and Sidney C. Nierman, for plaintiff in error. Nicholson, Crandall & Snyder, for defendants in error; John R. Nicholson and James I. Johnson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Emanuel Stern, plaintiff in error. Gen. No. 33,968.

Opinion filed March 17, 1930.

Edward I. Rothbart, for plaintiff in error; Elwyn E. Long, of counsel. John A. Swanson, State's Attorney, for defendant in error; Edw. E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Riverside Building Corporation, appellant, v. Richard G. Keizer et al., appellees. Gen. No. 33,999.

Opinion filed March 17, 1930.

Weighstill Woods, for appellant. Tenney, Harding, Sherman & Rogers and Jacob Diamond, for appellees; S. Ashley Guthrie, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.